```
JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT SOFIA MACIEL PASCACIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs<br><br>SOFIA MACIEL PASCACIO<br>Defendant. | CASE NO: 1:05-CR-00479 OWW<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real properties securing said bond be reconveyed to the owners of said properties. (DEED DOC #2006-0070467) and (DEED DOC#2006-0070468).

DATED: 11-6-07

HONORABLE OLIVER W. WANGER
HONORABLE JUDGE OF THE UNITED STATES
COURT EASTERN DISTRICT OF CALIFORNIA

- 3 -