McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-00479 OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| SOFIA MACIEL PASCACIO, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the guilty verdicts entered October 29, 2007, against defendant Sofia Maciel Pascacio and the jury's special verdict regarding the forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Sofia Maciel Pascacio's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Real Property located at 1024 West Meyers Avenue, Fresno, California, APN: 464-162-24.

2. The above-listed property was used or intended to be used, in any manner or part, to commit or to facilitate the commission of

1  violations of 21 U.S.C. §§§ 846, 841(a)(1), and 856(a)(2).

2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the United
5  States Marshals Service, in its secure custody and control.

6      4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171,
7  the United States forthwith shall publish at least once for three
8  successive weeks in the <u>Fresno Business Journal</u> (Fresno County), a
9  newspaper of general circulation located in the county in which the
10 above-listed property is located, notice of this Order, notice of the
11 Attorney General's intent to dispose of the property in such manner
12 as the Attorney General may direct, and notice that any person, other
13 than the defendant, having or claiming a legal interest in the above-
14 listed property must file a petition with the Court within thirty
15 (30) days of the final publication of the notice or of receipt of
16 actual notice, whichever is earlier.

17       b.  This notice shall state that the petition shall be for
18 a hearing to adjudicate the validity of the petitioner's alleged
19 interest in the property, shall be signed by the petitioner under
20 penalty of perjury, and shall set forth the nature and extent of the
21 petitioner's right, title, or interest in the property and any
22 additional facts supporting the petitioner's claim and the relief
23 sought.

24       c.  The United States may also, to the extent practicable,
25 provide direct written notice to any person known to have alleged an
26 interest in the property that is the subject of the Order of
27 Forfeiture, as a substitute for published notice as to those persons
28 so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   December 1, 2007**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE