1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT SOFIA MACIEL PASCACIO
5

6
   UNITED STATES OF AMERICA       )    **CASE NO: 1:05-CR-00479 OWW**
7                  Plaintiff,     )
                                  )    **STIPULATION TO CONTINUE**
8  vs.                            )    **SENTENCE**
                                  )
9  SOFIA MACIEL PASCACIO          )
                   Defendant.     )
10 _____ )

11
         The defendant, SOFIA MACIEL PASCACIO by and through her counsel Jim T. Elia,
12
   hereby request the sentencing date in this case be continued from March 10, 2008 at 1:30 p.m. until
13
   April 7, 2008 at 1:30 p.m.
14
         The Assistant United States Attorney Kimberly A. Sanchez has agreed to the continuance,
15
   as well as the new date.
16
         The reason for the continuance is to have a Spanish speaking psychologist evaluate
17
   defendant.
18
   DATED: March 6, 2008                        Respectfully submitted,
19

20                                             /s/ Jim T. Elia
                                               JIM T. ELIA, ATTORNEY
21                                             FOR DEFENDANT
                                               SOFIA MACIEL PASCACIO
22

23

24

25

26

27

28

1 **IN THE UNITED STATED DISTRICT COURT FOR THE**

2 **EASTERN DISTRICT OF CALIFORNIA**

3

4 UNITED STATES OF AMERICA          )          **CASE NO: 1:05-CR-00479 OWW**
                    Plaintiff,       )
5                                    )          **ORDER**
  vs.                                )
6                                    )
  SOFIA MACIEL PASCACIO              )
7                    Defendant.      )
                                     )
8

9

10  **GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for SOFIA

11 MACIEL PASCACIO  be continued from March 10, 2008 at 1:30 p.m. to April 7, 2008 at 1:30 p.m.

12
    IT IS SO ORDERED.
13
    **Dated:    March 6, 2008**                    /s/ Oliver W. Wanger
14                                                UNITED STATES DISTRICT JUDGE