1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT SOFIA MACIEL PASCACIO
5

6
   UNITED STATES OF AMERICA       )    **CASE NO: 1:05-CR-00479 OWW**
7                    Plaintiff,   )
                                  )    **STIPULATION TO CONTINUE**
8  vs.                            )    **SENTENCE**
                                  )
9  SOFIA MACIEL PASCACIO          )
                    Defendant.    )
10 _____ )

11
       The defendant, SOFIA MACIEL PASCACIO by and through her counsel Jim T. Elia,
12
   hereby requests the sentencing date in this case be continued from April 7, 2008 at 1:30 p.m. until
13
   May 5, 2008 at 1:30 p.m.
14
       The Assistant United States Attorney Kimberly A. Sanchez has agreed to the continuance,
15
   as well as the new date.
16
       The reason for the continuance is to allow the defense to obtain a Psychologist to evaluate
17
   the defendant prior to sentencing.
18
   DATED: April 3, 2008                          Respectfully submitted,
19
20                                               /s/ Jim T. Elia
                                                 JIM T. ELIA, ATTORNEY
21                                               FOR DEFENDANT
                                                 SOFIA MACIEL PASCACIO
22

23

24

25

26

27

28

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                    Plaintiff, )<br>                                )<br>vs.                             )<br>                                )<br>SOFIA MACIEL PASCACIO           )<br>                    Defendant. )<br>                                ) | **CASE NO: 1:05-CR-00479 OWW**<br><br>**ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for SOFIA MACIEL PASCACIO  be continued from April 7, 2008 at 1:30 p.m. to May 5, 2008 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   April 4, 2008**                              /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE