1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT SOFIA MACIEL PASCACIO
5

6

7  UNITED STATES OF AMERICA      )    **CASE NO: 1:05-CR-00479 OWW**
                   Plaintiff,    )
                                 )    **STIPULATION TO CONTINUE**
8  vs.                           )    **SENTENCING**
                                 )
9  SOFIA MACIEL PASCACIO         )
                    Defendant.   )
10 _____)

11
         The defendant, SOFIA MACIEL PASCACIO by and through her counsel Jim T. Elia,
12
   hereby requests the sentencing date in this case be continued from May 5, 2008 at 1:30 p.m. until
13
   June 9, 2008 at 1:30 p.m.
14
         The Assistant United States Attorney Kimberly A. Sanchez has agreed to the continuance,
15
   as well as the new date.
16
         The continuance is necessary for a Psychologist evaluation.
17
   DATED: May 1, 2008                         Respectfully submitted,
18

19                                            /s/ Jim T. Elia
                                              JIM T. ELIA, ATTORNEY
20                                            FOR DEFENDANT
                                              SOFIA MACIEL PASCACIO
21

22

23

24

25

26

27

28

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>                                )<br>vs.                             )<br>                                )<br>SOFIA MACIEL PASCACIO           )<br>          Defendant.      )<br>_____ ) | **CASE NO: 1:05-CR-00479 OWW**<br><br>**ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for SOFIA MACIEL PASCACIO be continued from May 5, 2008 at 1:30 p.m. to June 9, 2008 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE