1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00479 OWW
                               )
12            Plaintiff,       ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE OF
13       v.                    ) SENTENCING
                               )
14 SOFIA MACIEL PASCACIO       )
                               )
15            Defendant.       )
   _____)
16

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19 Attorney and James T. Elia, attorney for defendant, that the

20 sentencing currently set for June 16, 2008 be continued to July

21 7, 2008 at 2:00 p.m.

22 //

23 //

24 //

25 //

26 //

27 //

28

```
Dated: June 12, 2008              Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                              By    /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: June 2, 2008                  /s/ James T. Elia
                                  JAMES T. ELIA
                                  Attorney for Defendant
```

　　　　IT IS SO ORDERED.

**Dated:   June 12, 2008**               **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE