1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3

   TELEPHONE: (559) 498-3600         FACSIMILE: (559) 498-6391
4

5  DEFENDANT SOFIA MACIEL PASCACIO

6            **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                       **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA  )   **CASE NO: 1:05-CR-00479-OWW**
                  Plaintiff,  )
                                  )   **NOTICE & ORDER OF WITHDRAWAL**
10 vs.                              )   **AS COUNSEL OF RECORD REGARDING**
                                  )   **DEFENDANT SOFIA MACIEL PASCACIO**
11 SOFIA MACIEL PASCACIO       )
                  Defendant.  )
12 _____)

13       Notice is hereby given that I Jim T. Elia, Attorney will withdraw as counsel of record

14 regarding defendant Sofia Maciel Pascacio.

15       I represented Ms. Pascacio through trial. Trial fees were paid by family members. On

16 behalf of Ms. Pascacio I filed a "Notice of Appeal" on July 11, 2008.

17       I have not been retained to represent Ms. Pascacio on Appeal. The family is unable to pay

18 private counsel to represent Ms. Pacacio on Appeal.

19       Ms. Pascacio has no significant assets and cannot pay for legal representation for the Appeal.

20 The defendant is entitled to redress. The defendant is incarcerated and has no income. Defendant

21 was found guilty at trial and the government confiscated her home.

22       I respectfully request to be relieved as counsel of record. New counsel should be appointed

23 to represent the defendant's rights on appeal.

24 DATED: August 1, 2008                                 Respectfully submitted,

25

26                                                       /s/ Jim T. Elia
                                                      JIM T. ELIA
27

28

| | |
|---|---|
| 1 | JIM T. ELIA, 79995 |
| | ATTORNEY AT LAW |
| 2 | 2300 TULARE STREET, SUITE 140 |
| | FRESNO, CALIFORNIA 93721 |
| 3 | |
| | TELEPHONE: (559) 498-3600        FACSIMILE: (559) 498-6391 |
| 4 | |
| | DEFENDANT SOFIA MACIEL PASCACIO |
| 5 | |

| | | |
|---|---|---|
| 6 | UNITED STATES OF AMERICA ) | **CASE NO: 1:05-CR-00479 OWW** |
| | Plaintiff, ) | |
| 7 | ) | |
| | vs. ) | **ORDER** |
| 8 | ) | |
| | SOFIA MACIEL PASCACIO ) | |
| 9 | Defendant. ) | |
| | ) | |
| 10 | | |

11  **GOOD CAUSE APPEARING:** It is hereby ordered that Jim T. Elia, attorney, be relieved

12  as counsel of record and defendant Sofia Maciel Pascacio be appointed a new attorney to represent

13  her rights on Appeal.  This matter is referred to the Fresno panel for assignment of a new attorney

14  for appeal.

15

16  IT IS SO ORDERED.

17  **Dated:  August 1, 2008**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE
18